YM

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 3, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 50**

In the Matter of                                                                 Case Number:

Sheila Carson,
        Plaintiff,
v.
P.O. John Doe 1-2,
        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sheila Carson

**JUDGE GRADY**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Gregory E. Kulis |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ /s/ Gregory E. Kulis |

| FIRM |
|---|
| GREGORY E. KULIS & ASSOCIATES, LTD. |

| STREET ADDRESS |
|---|
| 30 N. LaSalle Street, Suite 2140 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6180966 | 312-580-1830 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |