IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA CARSON, | ) | |
| | ) | Case No. 08 C 50 |
| Plaintiff, | ) | |
| | ) | Judge Grady |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| P.O. JOHN DOES 1-2, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |
| | ) | |

**EX PARTE NOTICE OF MOTION**

    PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Grady on the 30th day of April, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, and then and there present the **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO IDENTIFY AND SERVE CURRENTLY UNNAMED DEFENDANTS,** a copy of which is attached hereto.

                              /s/ Ronak D. Patel_____
                              Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

    PLEASE TAKE NOTICE that on the 9th day of April, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

                              /s/ Ronak D. Patel_____
                              Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**