## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Sheila Carson vs. P.O Jones Does 1-2 | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for enlargement of time of sixty (60) days to identify and serve currently unnamed defendants [9] is granted. Status hearing is set for 6/25/2008 at 9:30AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|