IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEILA CARSON,                      ) | |
| ) | Case No. 08 C 50 |
| Plaintiff,        ) | |
| ) | Judge Gottschall |
| v.                                  ) | |
| ) | Magistrate Judge Ashman |
| P.O. R. BRIONES # 19024 & P.O       ) | |
| EDISON CUZALLOS #89507,              ) | Jury Demand |
| individually,                       ) | |
| ) | |
| Defendants.      ) | |
| ) | |

**NOTICE OF MOTION**

To:  Kathryn Doi
     City of Chicago, Department of Law
     30 N. LaSalle St. Suite 1400
     Chicago, IL 60602

PLEASE TAKE NOTICE that I shall appear before the Honorable Judge Gottschall on the 3rd day of September, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, and then and there present the **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** a copy of which is attached hereto.

                                        /s/ Ronak D. Patel_____
                                        Gregory E. Kulis & Associates, Ltd.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 18th day of August, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.
                                        /s/ Ronak D. Patel_____
                                        Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**

S:\Federal Cases\Carson v. CPD\Pleadings\Notice.of.Motion.doc