UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Sheila Carson
                Plaintiff,

v.                               Case No.: 1:08−cv−00050
                                        Honorable Joan B. Gottschall

R. Briones, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held on 9/3/2008. Motion for leave to file [21] is denied as moot. Plaintiff's motion for leave to file her second amended complaint at law [23] is granted. Plaintiff to file amended complaint forthwith. ( Status hearing set for 12/3/2008 at 09:30 AM.) Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.