IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEILA CARSON, | ) | |
| | ) | Case No. 08 C 50 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| P.O. R. BRIONES # 19024 & P.O | ) | |
| EDISON CEVALLOS #9507, | ) | Jury Demand |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF FILING

To:  Kathryn Doi
City of Chicago, Department of Law
30 N. LaSalle St. Suite 1400
Chicago, IL 60602

PLEASE TAKE NOTICE that on this 3rd day of September 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S SECOND AMENDED COMPLAINT.**

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 3rd day of September, 2008, I, Ronak D. Patel, an attorney, served the attached document(s) upon the aforementioned address(es) by filing a copy of the same with the Clerk of the Northern District of Illinois, a copy of which was sent to the aforementioned address(es) via electronic mail.
.

/s/ Ronak D. Patel_____
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**